# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

JUNE PITTMAN UNSWORTH,

        Plaintiff,

v.

MARTIN O'MALLEY,

        Defendant.

Case No. 3:21-cv-00108-SLG

## ORDER RE NOTICE AND MOTION FOR ATTORNEY'S FEES PURSUANT TO SOCIAL SECURITY ACT SECTION 206(b)(1)

Before the Court at Docket 28 is Plaintiff's Notice and Motion for Attorney's Fees Pursuant to Social Security Act Section 206(b)(1). Based on the pleadings as well as the position of the defendant commissioner's non-opposition at Docket 30,

IT IS HEREBY ORDERED that Plaintiff's counsel is awarded attorney fees in the total amount of Twenty-One Thousand, Nine Hundred and Three Dollars and Twenty-Three Cents ($21,903.23) pursuant to the Social Security Act Section 206(b)(1).

Fees shall be paid in the amount of Twelve Thousand, Nine Hundred and Twenty-Four Dollars and Sixty-Seven Cents, ($12,924.67,), effectively refunding the amount of the EAJA ($8,978.56) to the Plaintiff.

The check or payment for attorney's fees shall be made payable to Plaintiff's attorney, Maren A. Bam, and mailed to the following address:

8513 W. 9th Avenue
Kennewick, WA, 99336

DATED this 12th day of July 2024, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cv-00108-SLG, *Unsworth v. O'Malley*
Order re. Motion and Notice for Attorney's Fees
Page 2 of 2

Case 3:21-cv-00108-SLG   Document 33   Filed 07/12/24   Page 2 of 2